**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Frank L Kurtz
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>Dawn SULLIVAN<br><br>                        Debtor. | No.: 10-00289-FLK13<br><br>ORDER GRANTING RELIEF FROM STAY<br><br>To PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage Inc., doing business as Commonwealth United Mortgage Company |
|---|---|

    This matter came before the Court upon PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage Inc., doing business as Commonwealth United Mortgage Company's motion for relief from stay. No objection was filed with the court within the time allowed. It appears for the reasons stated in the motion that the stay should be lifted as to the property located at 421 South 59th Avenue, Yakima, Washington 98908 and legally described as set forth Deed of Trust already on file.

    IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage Inc., doing business as Commonwealth United Mortgage Company, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the above-described property and/or as to enforcement of the deed of trust that is the subject of PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage Inc., doing business as Commonwealth United Mortgage Company's motion.

Order Granting Relief from Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

10-00289-FLK13    Doc 30    Filed 11/23/11    Entered 11/28/11 12:25:52    Pg 1 of 2

IT IS FURTHER ORDERED that this order shall be effective immediately, notwithstanding the provisions of F.R.B.P. 4001(a)(3) and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 40644
Attorneys for Creditor

_____
Frank L. Kurtz
Bankruptcy Judge

11/23/2011 19:24:14

Order Granting Relief from Stay
Page - 2

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131